DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JURRIELL WASHINGTON**,
Appellant,

v.

**MISAEL RODRIGUEZ**,
Appellee.

No. 4D18-1454

[August 16, 2018]

Appeal of non-final order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Scott Suskauer, Judge; L.T. Case No. 502017DR003902XXXXMB.

Randy Kaye Garvey of the Law Offices of Randy Kaye Garvey, P.A., North Palm Beach, for appellant.

Robbin L. Petras of Florida Family Law Clinic, LLC, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, CONNER and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***